Garrick S. Lew SBN 61889
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103
(415) 575-3588
(415) 522-1506 [fax]
gsl@defendergroup.com

Counsel for Defendant Jose Luis Perez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-1207 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE and** |
| vs. | ) | **[Proposed] ORDER** |
| FELIPE AGUILERA, EMILIO LOPEZ GARCIA, JOSE LUIS PEREZ, and FRANCISCO VARGAS, | ) | Date:  September 14, 2010<br>Time:  9 a.m.<br>Courtroom: Honorable Saundra Brown Armstrong |
| Defendants. | ) | |

Defendants Jose Luis Perez is scheduled to appear in the above-captioned matter for a status conference on September 14, 2010, at 2:00 p.m.

Defendant Perez is charged in a five-count indictment alleging conspiracy to possess with intent to distribute cocaine and methamphetamine, and possession of methamphetamine with intent to distribute. If convicted defendant is facing a ten year mandatory minimum sentence and his applicable United States Sentencing Guideline is level 38.

Counsel has spent considerable time and effort reviewing the case discovery, including 12 discs of audio and video recordings taken over a several-month period. The recordings are entirely in Spanish. After having the recordings translated and transcribed into English considerable time was necessary to review the drafts with Mr. Perez and going over problem

areas in the transcripts\recordings.  Counsel is still in the process of producing a final "draft transcript" of all recordings for the government to review and approve.  Counsel is in need of additional time to prepare and finalize the draft transcripts.

The defense factual and witness investigation is continuing and needs additional time to complete various tasks.

Assistant United States Attorney Deborah Douglas has trials set on October 4, 2010 before the District Court in San Jose and on November 1, 2010 before the District Court in Sacramento.

The requested continuance will allow time for counsel for Perez to complete additional legal and factual research, fact and witness investigation and time to correct and finalize the lengthy transcripts in conjunction with the audio and visual recordings.  Because the defendant remains in custody and requires the assistance of a Spanish interpreter and Glen Dyer Detention has only limited time blocks for attorney visits, this process is extremely time-consuming.

The failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It would also deny the defendant Perez continuity of counsel.

The parties further stipulate and agree that the time from September 14, 2010 to November 9, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: September 8, 2010                               /s/
                                                                    DEBORAH R. DOUGLAS
                                                                    Assistant United States Attorney

*U.S. v Aguilera,* et al.,  CR 10-1207 SBA
STIPULATION & [Proposed] ORDER                2

DATED: September 8, 2010                             /s/
                                                    GARRICK LEW
                                                    Counsel for Defendant PEREZ

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendants Jose Luis Perez,

IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for September 14, 2010 at 9 a.m. before the Honorable Saundra Brown Armstrong, is VACATED and RESET to November 9, 2010, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from September 14, 2010 to November 9, 2010, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account due diligence, given the need for additional legal and factual research, investigation, and review of discovery.

SO ORDERED.

DATED:9/9/10                                       _____
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

*U.S. v Aguilera,* et al., CR 10-1207 SBA
STIPULATION & [Proposed] ORDER                    3