GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:   (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
JOSE LUIS PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 09-01207 SBA |
| Plaintiff, ) | CASE STATUS AND STIPULATION TO CONTINUE STATUS CONFERENCE FROM JAN. 5, 2011 TO MAR. 3, 2011; ORDER. |
| vs. ) | |
| JOSE LUIS PEREZ, *et al*. ) | |
| Defendants. ) | Date:   January 5, 2011<br>Time:   10:00 a.m.<br>Court:   Hon. Donna M. Ryu |

**I.    STATUS**

Defendant Jose Luis Perez has a status conference presently set for January 5, 2011 at 10:00 a.m. before this Court. Defendant Perez is charged in a five-count indictment, alleging conspiracy to possess with intent to distribute cocaine and methamphetamine, and possession of methamphetamine with intent to distribute. If convicted, defendant faces a ten-year mandatory minimum sentence and his applicable United States Sentencing Guideline is level 38.

Counsel has spent considerable time and effort reviewing the case discovery, including 12 discs of audio and video recordings taken over a several-month period. The recordings are entirely in Spanish.

---

*United States v. Jose Luis Perez, et al.* (CR 09-01207 SBA)
Case Status; Stipulation for Continuance; Order.

After defendant identified and requested additional discovery in the form of electronic data seized from defendant, the government obtained the discovery from the case agents and disclosed it to defendant on or about October 29, 2010 by first-class mail.  Defense counsel has since had an opportunity to review the material with defendant who is in custody at the Glenn E. Dyer Detention Facility.  In reviewing the material, however, it has become apparent that the defense requires additional factual and witness investigation and needs additional time to complete those tasks.

**II.    STIPULATION**

In light of the recently discovered need for additional factual and witness investigation, the parties agree and stipulate to moving the Status Conference presently scheduled for Wednesday, January 5, 2011 at 10:00 a.m. to Thursday, March 3, 2011 at 9:30 a.m.  The stipulation would permit the defense to conduct necessary factual and witness investigation.  The failure to grant such a continuance would unreasonably deny counsel the time necessary for effective preparation, taking into account the exercise of due diligence.  It would also deny Defendant Perez continuity of counsel.

The parties further stipulate and agree that the time from January 5, 2011 to March 3, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial, taking into consideration 18 U.S.C. § 3161(h)(7)(B)(iv) for continuity of counsel and for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: December 30, 2010

Respectfully submitted,
Law Office of Garrick S. Lew & Associates

/s/
By: Edward J. Hu
Attorneys for Defendant Jose Luis Perez

Dated: December 30, 2010

/s/
Deborah R. Douglas
Assistant United States Attorney

2

GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:	(415) 575-3588
Facsimile:	(415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
JOSE LUIS PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 09-01207 SBA |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JOSE LUIS PEREZ, *et al*. | ) | |
| Defendant. | ) | Hon. Donna M. Ryu |

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant,

IT IS HEREBY ORDERED that the Status Conference date in this case, currently scheduled for January 5, 2011 at 10 a.m. before the Honorable Donna M. Ryu is VACATED and RESET to March 3, 2011 at 9:30 a.m.

IT IS FURTHER ORDERED that the time from January 5, 2011 to March 3, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counsel and would deny counsel the reasonable time necessary for

1 effective preparation, taking into account due diligence, given the need for additional legal and factual
2 research and investigation.
3   IT IS SO ORDERED.

DATED: 1/4/2011

_____
Hon. Donna M. Ryu
United States Magistrate Judge