GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:     (415) 575-3588
Facsimile:     (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
JOSE LUIS PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 09-01207 SBA |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| JOSE LUIS PEREZ, *et al*. | ) | |
| Defendant. | ) | |
| | ) | Hon. Donna M. Ryu |

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant,

IT IS HEREBY ORDERED that the Status Conference date in this case, currently scheduled for March 3, 2011 at 9:30 a.m. before the Honorable Donna M. Ryu is VACATED and RESET to April 21, 2011 at 9:30 a.m.

IT IS FURTHER ORDERED that the time from March 3, 2011 to April 21, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) for adequate preparation of counsel and continuity of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would

Order.

unreasonably deny continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account due diligence, given the need for additional legal and factual research and investigation.

IT IS SO ORDERED.

DATED: 2/28/2011

Hon. Donna M. Ryu
United States Magistrate Judge