GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew & Associates
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone:     (415) 575-3588
Facsimile:      (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
JOSE LUIS PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 09-01207 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER |
| vs. | ) ) | |
| JOSE LUIS PEREZ, et al. | ) ) | |
| Defendants. | ) ) | Court:   Hon. Saundra Brown Armstrong |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS: (1) that the time between April 19, 2011 and April 27, 2011 shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) so that the Court may consider the proposed plea agreement, and (2) that the ends of justice are served by the time exclusion and outweighs the best interest of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant effective preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A), (h)(8)(B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time between April 19, 2011 and April 27, 2011 be excluded.

IT IS FURTHER ORDERED THAT the status conference set for 10:00 a.m. on Tuesday, April 19,

//

2011 be vacated and that a change of plea be set for April 27, 2011 at 3:00 p.m.

     IT IS SO ORDERED.

DATED:_4/21/11            _____
                                  Hon. Saundra Brown Armstrong
                                  United States District Court Judge