1  Garrick S. Lew SBN 61889
   Design Center East
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103
3  (415) 575-3588
   (415) 522-1506 [fax]
4  gsl@defendergroup.com

5  Counsel for Defendant Jose Luis Perez

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )    No. CR 09-1207 SBA
11                                      )
                   Plaintiff,           )    **STIPULATION TO CONTINUE STATUS**
12                                      )    **CONFERENCE and**
   vs.                                  )    **ORDER**
13                                      )
   FELIPE AGUILERA, EMILIO LOPEZ        )    Date:       April 27, 2011
14 GARCIA, JOSE LUIS PEREZ, and         )    Time:       3 p.m.
   FRANCISCO VARGAS,                    )    Courtroom:  Honorable Saundra Brown
15                                      )                Armstrong
                   Defendants.          )
16 _____)

17       Defendants Jose Luis Perez is scheduled to appear in the above-captioned matter for

18 change of plea on April 27, 2011, at 3:00 p.m.

19       Defendant Perez is charged in a five-count indictment alleging conspiracy to possess with

20 intent to distribute cocaine and methamphetamine, and possession of methamphetamine with

21 intent to distribute.  If convicted defendant is facing a ten year mandatory minimum sentence and

22 applicable United States Sentencing Guideline is level 38.

23       Counsel has spent considerable time and effort meeting with defendant to review all

24 evidence in the case but due to the nature of the materials involved had not provided copies of

25 the case discovery, translated transcripts and confidential attorney-work product materials with

26 defendant due to concerns that the materials would not be secure and dissemination of the

*U.S. v Aguilera,* et al.,  CR 10-1207 SBA
STIPULATION & [Proposed] ORDER           1

1  information contained therein could cause housing or security problems to defendant.

2      On April 26, 2011 counsel met with defendant to prepare for the April 27, 20011 change
3  of plea hearing at which time defendant demanded that counsel provide hard copies of all
4  relevant case materials for defendant to personally review before defendant will execute the
5  proposed plea agreement.  At this time all other co-defendants have been sentenced and are no
6  longer housed in the same facility as defendant.

7      Counsel has prepared the materials defendant requested which consists of over 500 pages
8  of written materials.   Counsel immediately contacted AUSA Deborah Douglas and the court to
9  explain the problem and defendant's request for additional time to prepare for his contemplated
10  change of plea.  The requested continuance will allow time for defendant Perez to complete his
11  personal review of all case discovery, use translated transcripts with the audio recorded evidence
12  on an MP3 player and clarify any remaining factual and legal questions he may have with
13  counsel.

14      The parties further stipulate and agree that the time from April 27, 2011 to May 17, 2011,
15  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
16  3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which
17  outweigh the best interest of the public and the defendant in a speedy trial and also
18  under subsection (B)(iv) for continuity of counsel and for effective preparation of counsel, taking
19  into account the exercise of due diligence.

20

21  DATED: April 27, 2011                                          /s/
                                                                         DEBORAH R. DOUGLAS
22                                                                           Assistant United States Attorney

23

24

25  DATED: April 27, 2011                                            /s/
                                                                         GARRICK LEW
26                                                                           Counsel for Defendant PEREZ

**ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant Jose Luis Perez,

IT IS HEREBY ORDERED that the hearing for change of plea in this case, currently scheduled for April 27, 2011 at 3 p.m. before the Honorable Saundra Brown Armstrong, is VACATED and RESET to May 25, 2011 at 10 a.m.

IT IS FURTHER ORDERED that the time from April 27, 2011 to May 25, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny continuity of counsel and reasonable time necessary for effective preparation.

SO ORDERED.

DATED: April 27, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v Aguilera*, et al., CR 10-1207 SBA
STIPULATION & [Proposed] ORDER                3